AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

Name: Jagwinder Gurdev SINGH A# 074 728 778
Address: 2304 Rousseau Street, Basement A
Lasalle, PQCA
Birthdate: December 22, 1974/India
(Name and Address of Defendant)

CASE NUMBER: 96-MG-194

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 26, 1996__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant did,

knowingly possess an identification document (other than one issued lawfully for the use of the possessor) with the intent such document be used to defraud the United States, to wit; Jagwinder Gurdev SINGH, being an alien born in India, presented an India passport in the name of Lakhvinder SINGH to a United States Immigration Inspector at Champlain, New York and claimed to be Lakhvinder SINGH, this being

in violation of Title __18__ United States Code, Section) __1028(a)(4)__ .

I further state that I am a __Senior Immigration Inspector__ and that this complaint is based on the following facts:

SUBJECT is a native and citizen of India.
On April 26, 1996, SUBJECT applied for admission to enter the United States at the CHM POE, Champlain, New York.
During primary and secondary inspection, SUBJECT presented an India passport issued to Lakhvinder SINGH and claimed to be said individual.
An examination of the passport revealed that SUBJECT did not match the passport photograph.
SUBJECT was confronted and admitted his true identity.
SUBJECT admitted that he was a refugee applicant in Canada and did not have the proper documents ie: visa or passport to enter the United States.
SUBJECT identified the true document owner, Lakhvinder SINGH was his brother.
SUBJECT admitted that his intent was to assume an illegal residence with his brother.

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 2 6 1996
GEORGE A. RAY, Clerk
UTICA

Continued on the attached sheet and made a part hereof: [ ] Yes [x] No

_Christine Racine_
Signature of Complainant

Sworn to before me and subscribed in my presence.

April 26, 1996 at Rouses Point, New York
Date                                        City and State

Henry Van Acker, Jr., U.S. Magistrate Judge       _Henry Van Acker_
Name & Title of Judicial Officer                    Signature of Judicial Officer